UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STACI WINNER

Plaintiffs,

vs.

SECRETARY, DEPT. OF THE AIR FORCE, et al,

Defendants.

Case No. 1:26-cv-275

Cole, J.
Bowman, M.J.

**ORDER**

This civil action is now before the Court on Plaintiff's motion to correct and complete service of process. (Doc. 9).

Plaintiff proceeds in forma pauperis in this action. Plaintiff filed the operative Complaint on July 16, 2026. (Doc. 3). Although the docket and previously issued summonses reflect additional individuals or entities, the Complaint names only Troy E. Meink, Secretary of the United States Department of the Air Force, as a defendant. (See Doc. 3).

Accordingly, the Clerk is DIRECTED to identify Troy E. Meink, Secretary of the United States Department of the Air Force, as the sole Defendant in this action. The summonses previously issued to Adam Leonatti, Alana Kitchen, Amy Isernhagen, and the Merit Systems Protection Board Clerk of the Board are MOOT and they should be terminated on the active docket. Plaintiff has supplied service materials for Secretary Meink, the United States Attorney for the Southern District of Ohio, and the Attorney General of the United States. (Doc. 9).

Accordingly, Plaintiff's motion (Doc. 9) is GRANTED. The Clerk is DIRECTED to issue or reissue summonses as necessary, and the United States Marshal is DIRECTED to serve the summons, the operative Complaint (Doc. 3), and the Court's July 16, 2026 Order granting Plaintiff leave to proceed in forma pauperis (Doc. 2), without prepayment of costs.

**IT IS SO ORDERED.**

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
Chief United States Magistrate Judge